**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DAMON EDWARDS,

                Plaintiff,                      21 **CIVIL** 5985 (JLC)

      -v-                                          **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 16, 2022, Edwards' motion is denied, and the Commissioner's cross-motion is granted. Judgment is entered for the Commissioner.

**Dated:**  New York, New York
           September 16, 2022

                                            **RUBY J. KRAJICK**

                                                  _____
                                                      **Clerk of Court**
                       **BY:**    _K. Mango_____
                                                      **Deputy Clerk**